## ESTATE of Edward H. SIMMONS, Deceased, et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

### No. 12236.

Circuit Court of Appeals, Eighth Circuit.

Feb. 20, 1942.

474

Stanley S. Waite and H. M. Stolar, both of St. Louis, Mo., for petitioners.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without taxation of costs in favor of either party in this Court, on motion of petitioners and consent of respondent.